```
                                FILED
                           2005 JUN -2 A 8: 48
                           CLERK, US DIST. COURT
                           EASTERN DIST. OF CALIF
                                AT FRESNO
                           BY_____
                                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VALDEZ,,<br><br>    Plaintiff.<br><br>v.<br><br>CITY OF WOODLAKE, WOODLAKE POLICE DEPARTMENT, RICHARD WILLIAMS, individually, and in his official capacity as Police Officer for the City of Woodlake Police Department, and DOES 1 through 10, inclusive.<br><br>    Defendants. | CASE NO: 1:05-CV-0326 AWI/SMS<br><br>**ORDER EXTENDING TIME TO FILE ANSWER TO COMPLAINT** |

IT IS HEREBY ORDERED that Defendant RICHARD WILLIAMS is granted an extension of time through and including June 3, 2005 in which to respond to Plaintiff's Complaint.

DATED: __5/31/05__

                                          SANDRA M. SNYDER
                                          United States Magistrate Judge