UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VALDEZ, ) | 1:05-CV-00326-AWI-SMS |
| ) | |
| Plaintiff, ) | ORDER **VACATING HEARING SET FOR** |
| v. ) | **FEBRUARY 10, 2006**, ON PLAINTIFF'S |
| ) | MOTION TO CONSOLIDATE CASES AND |
| CITY OF WOODLAKE, et al., ) | DEEMING MOTION SUBMITTED ON THE |
| ) | PAPERS (DOC. 48) |
| Defendants. ) | |
| ) | |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

The Court has reviewed all the papers submitted by the parties in connection with Plaintiff's motion to consolidate the instant action with action number 1:05-cv-01025-OWW-SMS, filed on December 28, 2005.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff for consolidation is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for

1

February 10, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:     February 8, 2006**             /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE