| | |
|---|---|
| 1 | **KAPETAN BROTHERS** |
| 2 | 1236 "M" Street<br>Fresno, California  93721 |
| 3 | Telephone:  (559) 498-0800 |
| 4 | Peter N. Kapetan  (CSBN:  138068) |
| 5 | |
| 6 | Attorneys for:        Plaintiffs Sandra Valdez and Susana Lucia Ordonez |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VALDEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF WOODLAKE, WOODLAKE POLICE DEPARTMENT, RICHARD WILLIAMS, individually, and in his official capacity as Police Officer for the City of Woodlake Police Department, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.  1:05-cv-00326 AWI/SMS<br><br>**SUBSTITUTION OF ATTORNEYS**<br>**and**<br>**ORDER** |
| SUSANA LUCIA ORDONEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF WOODLAKE, WOODLAKE POLICE DEPARTMENT, RICHARD WILLIAMS, individually, and in his official capacity as Police Officer for the City of Woodlake Police Department, and DOES 1 through 10, inclusive,<br><br>             Defendants. | |

1

SUBSTITITUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff, Sandra Valdez, hereby substitutes Charles M. Barrett and the law firm of
2  DREYER, BABICH, BUCCOLA & CALLAHAM, as her attorneys of record in the above-
3  entitled action in the place and stead of Peter N. Kapetan, of the KAPETAN BROTHERS law
4  firm.

5  DATED: February ___, 2006.

   By: /s/ Sandra Valdez
6  Sandra Valdez

7

8  Pursuant to Local Rule 83-182(g), I consent to the above substitution.

9  DATED:  February 28, 2006.          KAPETAN BROTHERS

10

11

   By: /s/Peter N. Kapetan
12  Peter N. Kapetan, Attorney for:
   Plaintiff Sandra Valdez
13

14  I am duly admitted to practice in this District pursuant to Local Rule 83-180.

15  DATED: February 22, 2006.          DREYER, BABICH, BUCCOLA & CALLAHAM

16

17  By: /s/Charles M. Barrett
   CHARLES M. BARRETT
18  Attorney for Plaintiff
   SANDRA VALDEZ
19

   IT IS SO ORDERED:
20

21  Dated:     3/2/2006          /s/ Sandra M. Snyder

22  UNITED STATES
   MAGISTRATE JUDGE
23

2

SUBSTITIUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com