| | |
|---|---|
| 1 | Leonard C, Herr, #081896 |
| | DOOLEY HERR & PELTZER |
| 2 | Attorneys at Law, LLP |
| | 100 Willow Plaza, Suite 300 |
| 3 | Visalia, California 93291 |
| | Telephone: (559) 636-0200 |
| 4 | |
| 5 | Attorneys for Defendant, |
| |     RICHARD WILLIAMS |
| 6 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | SANDRA VALDEZ, | CASE NO: 1:05-CV-0326 AWI/SMS |
| 14 |     Plaintiff. | c/o 1:05-CV-01025 OWW/SMS |
| 15 | v. | ***AMENDED*** |
| | | **STIPULATED PROTECTIVE** |
| 16 | CITY OF WOODLAKE, WOODLAKE | **ORDER RE CONFIDENTIAL** |
| | POLICE DEPARTMENT, RICHARD | **INFORMATION; ORDER** |
| 17 | WILLIAMS, individually, and in his official | |
| | capacity as Police Officer for the City of | |
| 18 | Woodlake Police Department, | |
| 19 |     Defendants. | |
| 20 | | |
| 21 | SUSANNA LUCIA ORDONEZ, | |
| 22 |     Plaintiff, | |
| 23 | v. | |
| 24 | CITY OF WOODLAKE, WOODLAKE | |
| | POLICE DEPARTMENT, RICHARD | |
| 25 | WILLIAMS, individually, and in his official | |
| | capacity as Police Officer for the City of | |
| 26 | Woodlake Police Department. | |
| 27 |     Defendants. | |
| 28 | | |

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## RECITALS

WHEREAS, on or about July 2005 and August 2005, Plaintiff, Sandra Valdez and Plaintiff Susanna Lucia Ordonez, filed separate Complaints in this Court alleging various causes of action against the City of Woodlake and former police officer, Richard Williams;

WHEREAS, Plaintiffs' counsel has sought various documents from the City of Woodlake and the Tulare County District Attorney's Office, which may be privileged and protected from disclosure;

WHEREAS, on December 16, 2005, legal counsel for Plaintiffs, Defendant Richard Williams and Tulare County (County Counsel) met with the Court to resolve pending issues concerning discovery; and

WHEREAS, after considering the arguments of counsel, the Court's file and upon good cause being shown, the Court ordered the disclosure of certain documents, produced by Tulare County (County Counsel) subject to the Protective Order filed on January 19, 2006.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that this Court enter into the following Amended Stipulated Protective Order ("Amended Stipulation" or "Amended Stipulated Protective Order") with respect to pre-trial discovery.  This Amended Stipulation shall govern the treatment of all documents produced by any party, including in response to any discovery request in this lawsuit entitled *Valdez v. City of Woodlake, et al.*, and its member case entitled *Ordonez v. City of Woodlake, et al.,* United States District (Eastern) Court Case No: 05-cv-01025, which cases were consolidated on February 8, 2006, and all copies thereof (the "Discovery Materials").

A. **Persons to Whom Confidential Documents May Be Disclosed**

    1.    All of the documents produced by the Tulare County District

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Attorney's Office through County Counsel on December 16, 2005, although not specifically marked confidential, shall be deemed and designated as such by legal counsel for Defendant Richard Williams and Tulare County District Attorney's Office.

        2. In the future, during the course of litigation, any party may seek to have other Discovery Materials classified as "Confidential." Any party ("Designating Party") may designate as "Confidential" any Discovery Materials if it/he/she in good faith believes that the Discovery Material contains confidential research, development or commercial information and/or trade secrets and/or protected information under federal or California law. Discovery Materials so designated are referred to herein as "Confidential Materials." Each page of any document designated "Confidential" will be stamped as such by the producing party. Such designation shall be stamped or affixed so as not to obscure or deface the material or any portion of its contents. Should any party, counsel for any party, or any person or entity not a party to these actions, who obtains access to all or any material designated as confidential under this Amended Stipulated Protective Order, make copies, duplicates, or extracts of or from such Confidential Material, or any portion thereof, the designation "Confidential" shall also be stamped on or affixed to such copies, duplicates or extracts, and all references in this Amended Stipulated Protective Order shall be deemed to include and apply to such copies, duplicates and/or extracts of all information derived from Confidential Material and to Confidential Material marked as Exhibits at depositions or otherwise used during the litigation. Testimony generated from information designated as "Confidential" will be identified as such either by a statement on the record or stamping as "Confidential" documents or selected pages of documents containing such testimony. If either party, through inadvertence, does not designate certain Discovery Material as "Confidential," but thereafter determines that such Discovery Material should have been so designated, it shall provide written notice within 60 days after production, of the designation thereof as Confidential Material from the date of receipt of such notice. If, later than 60 days after production, either party discovers that certain Discovery Materials should have been designated as "Confidential" but were not so designated, the parties shall

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   meet and confer regarding redesignation of the Discovery Materials as "Confidential" and, if
2   the Parties are unable to reach an agreement, the parties shall follow the procedures for
3   challenging a Confidential Designation in paragraph E herein.  Likewise, if a party
4   designates certain Discovery Material as "Confidential" and later determines that such
5   Discovery Material should not have been so designated, it shall provide written notice of the
6   removal of the designation along with a duplicate copy of the Discovery Material without
7   the "Confidential" marking.
8              3.     All Confidential Material and any portion thereof, including
9   copies thereof, information contained therein and any abstracts, extracts, indices,
10  summaries, charts, notes or other information derived therefrom, shall be deemed
11  confidential, shall be used solely for the purposes of preparation, trial, appeals or settlement
12  of these actions, and shall not be disclosed, given, shown, made available discussed or
13  otherwise communicated in any way to anyone other than: (a) the Court and Court
14  personnel, (b) the parties' legal counsel in these actions, (c) stenographic reporters, (d) any
15  expert or consultant retained by the parties' counsel in connection with these actions, and
16  (e) outside vendors who perform microfiching, photocopying or similar clerical functions
17  ("Outside Vendors").  Confidential Material may not be disclosed to any other person or
18  entity without the written consent of the designating party or further order of the Court.
19  Any disclosure should be only to the extent reasonably necessary to effective prosecution
20  and defense of the parties' claims in these actions, and for no other purpose.
21
22         B.     **Conditions of Disclosure**
23             1.     Prior to disclosure of Confidential Material or any information
24  contained therein to a person qualified to receive it under Paragraph A.2, counsel for the
25  party making the disclosure shall secure from each such person an Acknowledgment in the
26  form attached hereto as Exhibit "A" that he or she has read this Amended Stipulated
27  Protective Order, he or she may not, and that he or she undertakes not to, divulge any
28  Confidential Material or any information contained therein except in the preparation, trial

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-4-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 or appeal of these actions and in accordance with the terms and conditions of the Amended Stipulated Protective Order, and that he or she will not use the material for any other purpose.

2. Confidential Material shall be copied only by the parties' counsel in these actions (or by clerical personnel or Outside Vendors assisting such counsel) and only for purposes permitted by this Amended Stipulated Protective Order, and control and distribution of Confidential Material and copies thereof shall be the responsibility of such counsel, who shall maintain a list of all persons to whom Confidential Material has been disclosed as well as the written assurances executed by such persons as provided in paragraph A.2.  For good cause shown in connection with any question of improper disclosure, a designating party may request the Court to order a party to disclose in camera a list of all persons to whom Confidential Material has been disclosed as well as the written assurances executed by such persons.

C. <u>Protecting Confidential Information at Depositions</u>

1. If either party determines that Confidential Material may be disclosed during the course of any deposition, counsel shall be entitled to request that any persona present at the deposition be required to sign an Acknowledgment in the form attached hereto as Exhibit "A."

2. If any Confidential Material is marked as an exhibit in a deposition, or during a hearing herein, and/or its content are disclosed, wholly or partially, in the course of the testimony at such deposition or hearing of the portions of such testimony that refer to Confidential Material, and the exhibit itself; as well as the portions of the transcript containing such disclosure, shall be marked "Confidential" and shall be deemed Confidential Material. To this end, the report shall not furnish copies thereof to anyone other than counsel of record for the parties herein, and, if so requested by such counsel, the witness and/or the witness' counsel.

D. <u>Use of Confidential Information in Court Filings</u>

The parties agree that neither party is required to file pleadings and other paper

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-5-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

submitted to the Court pursuant to this litigation under seal, except that the parties agree that any Confidential Material, or any portion thereof; quoted therein or appended thereto, shall be submitted to the Court under seal.

E. **Challenging a Confidential Designation**

If at any time during this litigation a party ("Objecting Party") disputes the confidentiality of material designated as Confidential Material, the Objecting Party shall notice the Designating Party in writing by facsimile of such dispute. The Objecting Party's notice shall identify the material in dispute and shall explain the basis for the disputed designation. The Designating Party shall have 7 calendar days to provide a written response by facsimile to the notice, explaining the Designating Party's reason for designating the material at issue as confidential. Should the Objecting Party dispute such reasons, the Objecting Party may submit to the Court or any officer of the Court designated by the Court to hear discovery matters in this litigation: (1) a copy of this Amended Stipulated Protective order; (2) the written notice of dispute; (3) the written response to the notice of dispute; (4) a reply in support of the written notice of dispute; (5) a copy of the material at issue (to be submitted under seal); and (6) a proposed order concerning the confidentiality of the material at issue for resolution by the Court or by any officer of the Court designated by the Court to hear discovery matters in this litigation. Throughout the dispute resolution procedure set out in this paragraph, the Designating Party shall have the burden of demonstrating the material designated is confidential under California law. In the event of a dispute over the confidentiality of particular material, all parties will continue to treat the disputed material as confidential until the Court or an officer of the Court duly designated to hear discovery matters may order otherwise.

F. **Non-Party Subpoenas**

If any party receives a request or subpoena from any non-party to this Amended Stipulated Protective Order seeking production or disclosure or Confidential Material, that party (the 'Subpoenaed Party") shall give notice, as soon as practicable and in no event more than five business days after receiving the subpoena to counsel for the designating

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-6-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

party, which notice shall enclose a copy of the request or subpoena. The Subpoenaed Party shall not produce or disclose any of the designated documents or information for a period of five business days, if possible without violating the subpoena, after providing such notice to other party, and in not event shall such production or disclosure be made before such notice is given. If; within five business days of receiving such notice, the party objects to such production or disclosure, the Subpoenaed Party shall not make production or disclosure except pursuant to a Court order requiring compliance.

G.   No Restrictions

Nothing in this Amended Stipulated Protective Order shall (a) restrict either party's rights with respect to its/his/her own documents or information, (b) restrict either party's right with regard to Discovery Materials that have not been designated as Confidential, (c) prejudice either party's rights to object to the production of documents or other information that it considers not subject to discovery, or (d) prejudice either party's right to seek, either by agreement or by application to the Court, greater or lesser protection than that provided herein, or modification of the terms of this Amended Stipulated Protective Order.

H.   Return to Confidential Materials

Within 60 days after the conclusion of these actions and with notice from the respective producing party, all materials designated as Confidential Material shall be returned to the producing party. This provision shall not apply to court filings or file copies of pleadings, briefs or correspondence maintained by the parties' respective counsel in the ordinary course of business.

I.   Binding Effect

This Stipulation shall remain in full force and effect at all times during which any party Amended Stipulated Protective Order or any person having executed the acknowledgement described above retains in his, her, or its possession, custody or control any Confidential Material.

J.   Additional Parties to Lawsuit

In the event that other parties may be added to these actions, no Confidential

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-7-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  Material previously exchanged, produced or used herein shall be disclosed to such
2  additional parties or their counsel except upon their agreeing to be bound by the provisions
3  of the original Stipulated Protective Order, filed on January 19, 2006 and this Amended
4  Stipulated Protective Order.

5      K.    <u>Additional Rights</u>

6  This Amended Stipulated Protective Order is without prejudice to the right of any
7  party to move the Court for an order for good cause shown for protection of Confidential
8  Material sought by or produced through discovery, which protection is different form or in
9  addition to that provided for in this Amended Stipulated Protective Order, and such right is
10 expressly reserved. Similarly, each party expressly reserves the right at any time to request
11 the Court to authorize disclosure other than contemplated hereunder of materials subject to
12 this Amended Stipulated Protective Order.

13 [Signatures follow on next page]

14 Dated:  March 9, 2006                KAPTETAN BROTHERS

15

16                                                    By:   /s/Peter N. Kapetan
17                                                     PETER N. KAPETAN
                                                    Attorneys for Plaintiff,
18                                                     SUSANNA LUCIA ORDONEZ

19 Dated:  March 9, 2006                DREYER, BABICH, BUCCOLA & CALLAHAM
20
21
22                                                    By:   /s/Charles M. Barrett
23                                                      CHARLES M. BARRETT
                                                    Attorneys for Plaintiff,
24                                                    SANDRA VALDEZ

25 Dated:  March 8, 2006                DOOLEY HERR & PELTZER, LLP
26
27                                                    By:    /s/Leonard C. Herr
28                                                    LEONARD C. HERR
                                                   Attorneys for Defendant,

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-8-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1                                  RICHARD WILLIAMS

3   Dated: March 13, 2006                    TULARE COUNTY DISTRICT ATTORNEY

5                                 By:    /s/ Teresa Saucedo
6                                     TERESA SAUCEDO
                                      TULARE COUNTY COUNSEL
7                                     DEPUTY COUNTY COUNSEL

8   Dated: March 9, 2006                     NELSON, ROZIER & BETTENCOURT

10                                By:    /s/ M. Robert Bettencourt
11                                   M. ROBERT BETTENCOURT
                                  Attorneys for Defendant,
12                                   CITY OF WOODLAKE

13 [Order follows on next page]            **[PROPOSED] ORDER**

15       **The terms of the above Stipulation are so ordered.**

17 Dated: 3/16/2006           By:   /s/ Sandra M. Snyder
                                  **Judge of the United Stated District Court,**
18                                   **Eastern District of California**

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-9-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**EXHIBIT "A"**

**ACKNOWLEDGEMENT**

I hereby acknowledge my understanding that confidential research, development or commercial information and/or trade secrets and/or protected information under California law ("Confidential Material") is being provided to me under the terms and restrictions of the Protective Order dated _____, 2006, in *Valdez v. City of Woodlake, et al. and Ordonez v. City of Woodlake, et al.,* United States District Court Case No. 1:05-vs-0326 AWI/SMS. I have been given a copy of that Protective Order and have read it. I agree to be bound by the Protective Order. I will not reveal the Confidential Material to anyone, or use the Confidential Material or information derived therefrom, in any capacity, except as allowed by the Protective Order.

Dated: _____ 2006
_____
**Signature**

_____
**Print Name**

F:\Client Files\Williams, Richard I202.00\Pleadings\Protective Order (jcm).doc

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-10-

AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
DOOLEY  HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-11-

_____
AMENDED STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com