# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VALDEZ, | Case No. 1:05-cv-00326 AWI/SMS |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF WOODLAKE, WOODLAKE POLICE DEPARTMENT, RICHARD WILLIAMS, individually, and in his official capacity as Police Officer for the City of Woodlake Police Department. | |
| Defendants. | |
| SUSANNA LUCIA ORDONEZ, | |
| Plaintiff, | |
| v. | |
| CITY OF WOODLAKE, WOODLAKE POLICE DEPARTMENT, RICHARD WILLIAMS, individually, and in his official capacity as Police Officer for the City of Woodlake Police Department. | |
| Defendants. | |

This matter is before the Court on Plaintiff's Ex Parte Application for an Order to Extend Time to Disclose Expert Reports Pursuant to Federal Rules of Civil Procedure, Rule 26.

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Good cause appearing, taking into account Defendant Richard Williams' opposition hereto, the
2  Court hereby orders as follows:
3      1.   The time for the exchange of Expert Disclosures is hereby extended from October
4  20, 2006 to  December 15, 2006.
5      2.   The time for the Disclosure of Supplemental Experts is extended from November
6  3, 2006 to  December 29, 2006.

7  FURTHER ORDERED: the following deadlines are amended to these 'NEW' dates:
8  Expert Discovery cut-off:              2/9/2007
9  Non-Dispositive Motion filing deadline:   2/9/2007
10 Dispositive Motion filing deadline:       2/23/2007
11 Pre-Trial Conference:                 4/27/2007 at *8:30a.m. (was 4/13/07)
12 Jury Trial:                          5/30/2007 at 9:00a.m. in Dept. 2

15 Dated:   10/23/2006

18      /s/ Sandra M. Snyder
19 JUDGE\MAGISTRATE OF THE UNITED STATES DISTRICT COURT

2

PDF created with pdfFactory trial version www.pdffactory.com