1  **KAPETAN BROTHERS**
   1236 "M" Street
2  Fresno, California  93721
   Telephone:  (559) 498-0800
3

4  Peter N. Kapetan  (CSBN:  138068)

5

6  Attorneys for:         Plaintiff Susana Lucia Ordonez

7

8

9              **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12

13 SANDRA VALDEZ,                          Case No.  1:05-cv-00326 AWI/SMS

                   Plaintiff,
14
        v.
15
   CITY OF WOODLAKE, WOODLAKE            **STIPULATION TO EXTEND**
16 POLICE DEPARTMENT, RICHARD            **EXPERT DISCOVERY AND**
   WILLIAMS, individually, and in his official  **FILING OF DISPOSITION AND**
17 capacity as Police Officer for the City of   **NON-DISPOSITION MOTIONS;**
   Woodlake Police Department,           **ORDER THEREON**
18
                   Defendants.
19

20
   SUSANA LUCIA ORDONEZ,
21
                   Plaintiff,
22
        v.
23
   CITY OF WOODLAKE, WOODLAKE
24 POLICE DEPARTMENT, RICHARD
   WILLIAMS, individually, and in his official
25 capacity as Police Officer for the City of
   Woodlake Police Department,
26
                   Defendants.
27

28
                              1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Expert Disclosure deadlines and deadlines in which to file Dispositive and Non-Dispositive Motions be amended as follows:

**<u>Completion of all Discovery Pertaining to Experts</u>:**

Old Date:                    February 9, 2007

**New Date:                    March 23, 2007**

<u>Non-Dispositive Motion Filing Deadline</u>:

Old Date:                    February 9, 2007

New Date:                    March 30, 2007

<u>Disposition Motion Filing Deadline</u>:

Old Date:                    February  23, 2007

New Date:                    April 13, 2007

All Pre-Trial Conference and Trial Dates remain as scheduled.

DATED:  January 5, 2007.                    KAPETAN BROTHERS

By:____/s/ Peter N. Kapetan_____
Peter N. Kapetan, Attorney for:
Plaintiff Susana Ordonez

DATED:  January 5, 2007.                    DREYER, BABICH, BUCCOLA & CALLAHAM

By:____/s/ Charles M. Barrett_____
Charles M. Barrett, Attorney for:
Plaintiff Sandra Valdez

2

PDF created with pdfFactory trial version www.pdffactory.com

1    DATED: January 5, 2007.                DOOLEY HERR & PELTZER, LLP

2

3                                           By: ____/s/ Leonard C. Herr_____
                                                 LEONARD C. HERR
4                                                Attorney for Defendant
                                                 RICHARD WILLIAMS
5

6    DATED:  January 5, 2007.               NELSON, ROZIER & BETTENCOURT

7

8                                           By: ____/s/ John Rozier_____
                                                 JOHN ROZIER
9                                                Attorney for Defendant
                                                 CITY OF WOODLAKE
10

11   **IT IS SO ORDERED:**

12   DATED:  __1/8/2007_____

13

14                              __/s/ Sandra M. Snyder_____
                                     SANDRA M. SNYDER
15                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com