*Nelson, Rozier*
*& Bettencourt*
3924 West Caldwell Avenue
Suite A
Visalia, California
(559) 713-0159

M. Robert Bettencourt, #161557                                           593443
NELSON, ROZIER & BETTENCOURT
Attorneys at Law
3924 West Caldwell Avenue, Suite A
Visalia, California 93277
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Defendant,
CITY OF WOODLAKE, also sued
erroneously herein as the
WOODLAKE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| SANDRA VALDEZ, | Case No. 1:05-CV-00326 AWI/SMS |
| Plaintiff, | |
| vs. | (Consolidated with former Case No. 1:05 cv 01025) |
| CITY OF WOODLAKE, WOODLAKE POLICE DEPARTMENT, RICHARD WILLIAMS, individually, and in his official capacity as Police Officer for the City of Woodlake Police Department, and DOES 1 through 10, inclusive, | STIPULATION RE DISMISSAL OF ACTION AND ORDER THEREON |
| Defendants. | |
| SUSANNA LUCIA ORDONEZ | |
| Plaintiff, | |

-1-

1
*Nelson, Rozier
& Bettencourt*
*3924 West Caldwell Avenue*
*Suite A*
*Visalia, California*
*(559) 713-0159*

2

3  vs.                                                    )
   )
   CITY OF WOODLAKE, WOODLAKE      )
4  POLICE DEPARTMENT, RICHARD      )
   WILLIAMS, individually and in   )
5  his official capacity as Police )
   Officer for the CITY OF WOODLAKE )
6  POLICE DEPARTMENT, and DOES 1   )
   through 25, inclusive,          )
7                                   )
                   Defendants.      )
8  _____ )

9  IT IS HEREBY STIPULATED by and between the parties hereto,

10 through their respective attorneys of record, that the

11 consolidated Complaint of plaintiffs SUSANNA LUCIA ORDONEZ

12 and SANDRA VALDEZ shall be dismissed, in its entirety, as

13 against all defendants and as to all causes of action.

14 Dated: April 4, 2007         KAPETAN BROTHERS

15

16                              By__/s/ Peter Kapetan_____
                                   Peter Kapetan, Attorneys for
17                                 plaintiff, SUSANNA ORDONEZ

18

19 Dated: March    , 2007       DREYER, BABICH, BUCCOLA & CALLAHAN

20

21                              By__/s/ Charles M. Barrett_____
                                   Charles M. Barrett, Attorneys
22                                 for plaintiff, SANDRA VALDEZ

23 Dated: April 11, 2007        NELSON, ROZIER & BETTENCOURT

*Nelson, Rozier*
*& Bettencourt*
3924 West Caldwell Avenue
Suite A
Visalia, California
(559) 713-0159

```
                              By  /s/ M. Robert Bettencourt
                                 M. Robert Bettencourt,
                                 Attorneys for defendant,
                                 CITY OF WOODLAKE (also sued
                                 herein as the WOODLAKE POLICE
                                 DEPARTMENT)


Dated: March    , 2007    DOOLEY, HERR & PELTZER LLP


                              By  /s/ Leonard Herr
                                 Leonard Herr, Attorneys for
                                 co-defendant, RICHARD WILLIAMS
```

O R D E R

Pursuant to the Stipulation of the parties herein, through their respective attorneys of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint of plaintiffs SUSANNA LUCIA ORDONEZ and SANDRA VALDEZ is hereby dismissed, in its entirety, as to all defendants and all causes of action.

IT IS SO ORDERED.

**Dated:   May 18, 2007**          /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE